1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8
   MARTIN KERBER,
9
           *Plaintiff*,                          2:11-cv-01952-GMN-VCF
10
   vs.
11                                               ORDER
12 DOUG GILLESPIE, *et al.*
13         *Defendants*.
14
15         Plaintiff's motion (#8) for enlargement of time is GRANTED, and the time for plaintiff to
16 mail an amended complaint to the Clerk for filing is extended up to and including Monday,
17 November 5, 2012.
18         DATED this 22nd day of October, 2012.
19
20                                          _____
21                                          Gloria M. Navarro
22                                          United States District Judge
23
24
25
26
27
28