# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTIN KERBER,

    *Plaintiff*,

vs.

DOUG GILLESPIE*, et al.*

    *Defendants*.

2:11-cv-01952-GMN-VCF

ORDER

    Plaintiff's motion (#8) for enlargement of time is GRANTED, and the time for plaintiff to mail an amended complaint to the Clerk for filing is extended up to and including Monday, November 5, 2012.

    DATED this 22nd day of October, 2012.

_____
Gloria M. Navarro
United States District Judge