1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**
7                              **DISTRICT OF NEVADA**
8
9    MARTIN KERBER,
10          *Plaintiff,*                          2:11-cv-01952-GMN-VCF
11   vs.
                                                  ORDER
12   DOUG GILLESPIE, *et al.,*
13          *Defendant*s.
14
15          The Court dismissed the complaint without prejudice for failure to state a claim upon
16   which relief may be granted, subject to leave to amend.  Plaintiff was informed that a failure
17   to timely mail an amended complaint to the Clerk for filing that corrected the deficiencies
18   noted in the order would lead to entry of a final judgment of dismissal.  Plaintiff has not filed
19   an amended complaint within the time allowed, including as extended.
20          IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.
21          The Clerk of Court shall enter final judgment accordingly, dismissing this action without
22   prejudice.
23          DATED this 19th day of February, 2013.
24
25
26                                         _____
                                           Gloria M. Navarro
27                                         United States District Judge
28